AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) |
| Jose Hernandez-Reyes | ) Case No. 1:19mj681-RHW |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jose Hernandez-Reyes,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (v)(I) - Conspiracy to Unlawfully Transport or Move an Alien Within the United States

Date: DEC. 6, 2019

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 10 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

*Issuing officer's signature*

City and state: Gulfport, Mississippi

Robert H. Walker, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/6/19, and the person was arrested on *(date)* 12/4/19
at *(city and state)* _____

Date: 12/6/19

*Arresting officer's signature*

Danyelle Evans Special Agent
*Printed name and title*