

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 15 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:20CR15-LG-JCG

JOSE RAMON HERNANDEZ-REYES
a/k/a Jose Ramon Hernandez Reyes
a/k/a Jose Hernandez-Reyes
a/k/a Jose Hernandez Reyes
a/k/a Jose Hernandez and
MODESTO ALVARADO

8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(I)
8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(II)
8 U.S.C. § 1324(a)(1)(A)(ii)
8 U.S.C. § 1326(a)
18 U.S.C. § 4

**The Grand Jury charges:**

COUNT 1

On or about December 4, 2019, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOSE RAMON HERNANDEZ-REYES a/k/a Jose Ramon Hernandez Reyes a/k/a Jose Hernandez-Reyes a/k/a Jose Hernandez Reyes a/k/a Jose Hernandez and MODESTO ALVARADO**, did knowingly conspire and agree with one or more other persons known and unknown to the Grand Jury, to transport and move and attempt to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

COUNT 2

On or about December 4, 2019, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOSE RAMON**

**HERNANDEZ-REYES** a/k/a Jose Ramon Hernandez Reyes a/k/a Jose Hernandez-Reyes a/k/a Jose Hernandez Reyes a/k/a Jose Hernandez and **MODESTO ALVARADO**, knowingly and in reckless disregard of the fact that an alien, namely: J.E.A.-H., had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation, namely: a motor vehicle, in furtherance of such violation of law, for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II) and (B)(i).

## COUNT 3

On or about December 4, 2019, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOSE RAMON HERNANDEZ-REYES** a/k/a Jose Ramon Hernandez Reyes a/k/a Jose Hernandez-Reyes a/k/a Jose Hernandez Reyes a/k/a Jose Hernandez and **MODESTO ALVARADO**, knowingly and in reckless disregard of the fact that an alien, namely: O.N.G.-S., had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation, namely: a motor vehicle, in furtherance of such violation of law, for the purpose of commercial advantage or private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II) and (B)(i).

## COUNT 4

On or about December 4, 2019, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **JOSE RAMON**

HERNANDEZ-REYES a/k/a Jose Ramon Hernandez Reyes a/k/a Jose Hernandez-Reyes a/k/a Jose Hernandez Reyes a/k/a Jose Hernandez and **MODESTO ALVARADO**, knowingly and in reckless disregard of the fact that an alien, namely: E.D.-O., had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation, namely: a motor vehicle, in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

## COUNT 5

On or about December 4, 2019, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **MODESTO ALVARADO**, knowingly and in reckless disregard of the fact that an alien, namely: Jose Ramon Hernandez-Reyes, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation, namely: a motor vehicle, in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT 6

On or about December 4, 2019, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **JOSE RAMON HERNANDEZ-REYES a/k/a Jose Ramon Hernandez Reyes a/k/a Jose Hernandez-Reyes a/k/a Jose Hernandez Reyes a/k/a Jose Hernandez**, an alien to the United States, who knowingly had been lawfully deported or removed from the United States, was found in the United States, having knowingly and unlawfully reentered the United States, without having received the consent of the Attorney General of the United States or of the

3

Secretary of the Department of Homeland Security to apply for readmission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT 7

On or about December 4, 2019, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **MODESTO ALVARADO**, knowingly failed to report to legal authorities, and affirmatively acted to conceal from law enforcement, a felony cognizable by a court of the United States, in that the defendant, who had acted as a co-driver with Jose Ramon Hernandez-Reyes, of the vehicle in which they were traveling together with one or more illegal aliens to the United States, failed to report his knowledge of the felony to officials, including agents of the U.S. Border Patrol and Homeland Security Investigations, and upon being questioned by a law enforcement official, the defendant affirmatively stated words to the effect that they were traveling from Texas to Maryland for work, to conceal the unlawful actions of Jose Ramon Hernandez-Reyes, in knowingly transporting and moving within the United States by means of transportation and otherwise, one or more aliens who had come to, entered, and remained in the United States in violation of law, in furtherance of such violation, as prohibited by Title 8, United States Code, Section 1324(a)(1)(A)(ii).

In violation of Title 18, United States Code, Section 4.

## **NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly

from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or € has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, Unites States Code, Section 982(a)(6); Title 8, United States Code, Section 1324(b); and Title 28, United States Code, Section 2461.

_____
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:

s/Signature Redacted
_____
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the 15th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

5