CRIMINAL CASE COVER SHEET
U.S. District Court

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 15 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

PLACE OF OFFENSE:

CITY: Gautier

COUNTY: Jackson

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # 1:20CR15-LG-JCG
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER 1:19-mj-681-RHW
R 20/ R 40 FROM DISTRICT OF ____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: JOSE RAMON HERNANDEZ-REYES a/k/a Jose Ramon Hernandez Reyes a/k/a Jose Hernandez-Reyes a/k/a Jose Hernandez Reyes a/k/a Jose Hernandez

**U.S. ATTORNEY INFORMATION:**

AUSA  Stan Harris   BAR # 2000

INTERPRETER: ___ NO  X  YES  LIST LANGUAGE AND/OR DIALECT: Spanish

**LOCATION STATUS:**  ARREST DATE 12/04/2019

X  ALREADY IN FEDERAL CUSTODY AS OF 12/04/2019
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 5   ___ PETTY   ___ MISDEMEANOR   5 FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   8:1324.F | 8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(I) | Conspiracy to Unlawfully Transport or Move an Alien Within the United States | 1 |
| Set 2   8:1324.F | 8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(II) | Illegal Transportation or Moving of an Alien for Commercial Advantage or Private Financial Gain | 2-3 |
| Set 3   8:1324.F | 8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(II) | Illegal Transportation or Moving of an Alien | 4 |
| Set 4   8:1326A.F | 8 U.S.C. § 1326(a) | Illegal Reentry by a Removed Alien | 6 |
| Set 5 | | | |

Date: 1/15/2020   SIGNATURE OF AUSA: _____ for Stan Harris

(Revised 2/26/10)