CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 15 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: Gautier

COUNTY: Jackson

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # 1:20CR15LG-JCG
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER 1:19-mj-685-RHW
R 20/ R 40 FROM DISTRICT OF ____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: MODESTO ALVARADO

**U.S. ATTORNEY INFORMATION:**

AUSA  Stan Harris          BAR # 2000

INTERPRETER: ___ NO  X  YES   LIST LANGUAGE AND/OR DIALECT: Spanish

**LOCATION STATUS:**     ARREST DATE 12/04/2019

X  ALREADY IN FEDERAL CUSTODY AS OF 12/04/2019
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  6  ____ PETTY ____ MISDEMEANOR  6  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  8:1324.F | 8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(I) | Conspiracy to Unlawfully Transport or Move and Alien Within the United States | 1 |
| Set 2  8:1324.F | 8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(II) | Illegal Transportation or Moving of an Alien for Commercial Advantage or Private Financial Gain | 2-3 |
| Set 3  8:1324.F | 8 U.S.C. § 1324(a)(1)(A)(ii) & (v)(II) | Illegal Transportation or Moving of an Alien | 4 |
| Set 4  8:1324.F | 8 U.S.C. § 1324(a)(1)(A)(ii) | Illegal Transportation or Moving of an Alien | 5 |
| Set 5  18:4.F | 18 U.S.C. § 4 | Misprision of Felony | 7 |

Date: 1-6-2020      SIGNATURE OF AUSA: Stan Harris

(Revised 2/26/10)